UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Aug 28 2026
ARTHUR JOHNSTON, CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JONATHAN WILLIAMS** **PETITIONER**

**v.** **CAUSE NO. 2:25-cv-163-LG-RPM**

**WARDEN ANGELENA JOHNSON**
**AND BURL CAIN** **RESPONDENTS**

**ORDER ADOPTING [22] REPORT AND RECOMMENDATION**

The magistrate judge assigned to this habeas matter recommends granting the [12] Motion to Dismiss filed by Respondents Warden Angelena Johnson and Burl Cain. The Court construes Williams' [23] Motion to Alter or Amend Judgment as an Objection, and the Court determines it should be overruled. The Court finds that the [22] Report and Recommendation should be adopted.

"Parties filing objections must specifically identify those findings objected to." *Battle v. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (citation modified), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996). If a party objects to a report and recommendation, then the Court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3); *United States v. Raddatz*, 447 U.S. 667, 675 (1980). "Frivolous, conclusive or general objections need not be considered by the district court." *Battle*, 834 F.2d at 421 (citation omitted). A district court need not "reiterate the findings of the magistrate judge" in its determination. *Hernandez v. Livingston*, 495 F. App'x 414, 416 (5th Cir. 2012) (per

curiam) (citing *Koetting v. Thompson*, 995 F.2d 37, 40 (5th Cir. 1993)). "Issues raised for the first time in objections to the report of a magistrate judge are not properly before the district judge." *Finley v. Johnson*, 243 F.3d 215, 219 n.3 (5th Cir. 2001) (citation modified).

Most of Williams' objections focus on the frivolous arguments regarding the recalled indictment, *see Battle*, 834 F.2d at 421, or otherwise focus on raising new issues, and such issues are "not properly before the district judge[,]" *see Finley*, 243 F.3d at 219 n.3 (citation omitted). The magistrate judge thoroughly considered Williams' arguments in the Report and Recommendation, and so the Court need not reiterate his findings. *See Hernandez*, 495 F. App'x at 416 (citing *Koetting*, 995 F.2d at 40). The Court, having conducted a *de novo* review of the record, finds that the [22] Report and Recommendation is well-reasoned and that the magistrate judge appropriately applied the law to the facts in this case. *See Raddatz*, 447 U.S. at 675. The petition for writ of habeas corpus is time barred, and no equitable tolling applies.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [22] Report and Recommendation entered by the United States Magistrate Judge on May 26, 2026, is **ADOPTED** as the opinion of the Court. Petitioner Williams' [23] Objection is **OVERRULED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Petitioner Williams' [1] Petition for Writ of Habeas Corpus be **DISMISSED** with prejudice. The Court will enter a separate final judgment and certificate of appealability.

**SO ORDERED AND ADJUDGED** this the 28th day of August, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE